## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FULLER-AUSTIN INSULATION COMPANY,<br><br>Debtor. | Chapter 11<br><br>Case No. 02-1661 (JJF)<br><br>Ref. Docket Nos. 147 and _____ |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW SUPPORTING ORDER (I) APPROVING SETTLEMENT AGREEMENT WITH CERTAIN UNDERWRITERS AT LLOYD'S, LONDON PURSUANT TO BANKRUPTCY RULE 9019 AND (II) EXTENDING BENEFITS OF CHANNELING INJUNCTION PURSUANT TO SECTIONS 105(a) AND 524(g) OF THE BANKRUPTCY CODE

Upon consideration of the above-captioned debtor's (the "Debtor") Motion to (I) Approve Settlement Agreement and Release with Certain Underwriters at Lloyd's, London[2] Pursuant to Bankruptcy Rule 9019 and (II) Extend Benefits of Channeling Injunction Pursuant to Sections 105(a) and 524(g) of the Bankruptcy Code (the "Motion"), and notice and the opportunity for a hearing having been provided to all interested Parties pursuant to Bankruptcy Rule 2002, as modified by the Order of this Court, entered on January _10_, 2008 at Docket No. _____, this Court finds and concludes that[3]:

1. The relief requested in the Motion is in the best interest of the Debtor, its estate, and the Trust.

2. The Agreement is fair and equitable.

---

[2] Capitalized terms not otherwise defined herein shall take the meaning set forth in the Settlement Agreement and Release Between Fuller-Austin Insulation Company, the Fuller-Austin Asbestos Settlement Trust and Certain Underwriters at Lloyd's, London, or if not defined therein, then as set forth in the Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code for Fuller-Austin Insulation Company.

[3] These Findings of Fact and Conclusions of Law constitute the Court's finding of fact and conclusions of law under Fed. R. Civ. P. 52, as made applicable herein by Bankruptcy Rules 7052 and 9014.

3. The Trustees have determined that the benefits received by the Trust pursuant to the Agreement are sufficient for Certain Underwriters at Lloyd's, London to be treated as a Settling Asbestos Insurance Company and benefit from the injunction imposed by the Order Approving the Disclosure Statement and Confirming the Plan of Reorganization for Fuller-Austin Insulation Company, entered on November 13, 1998 at Docket No. 171 in *In re Fuller-Austin Insulation Company*, Case No. 98-2038-JJF in the United States Bankruptcy Court for the District of Delaware.

4. Identifying Certain Underwriters at Lloyd's, London as a Settling Asbestos Insurance Company and a Protected Party entitled to the benefits of such section 524(g) injunction, with respect to Demands, is fair and equitable with respect to the persons who might subsequently assert such Demands, in light of the benefits provided by Certain Underwriters at Lloyd's, London pursuant to the Agreement to the Debtor and the Trust.

Dated: January 10, 2008

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge